IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AL JONES, )<br>)<br>Defendant. ) | Case No. 2:06-cv-211-TMP |

O R D E R

The magistrate judge entered his report and recommendation in this cause on February 21, 2006, recommending that the instant action be dismissed with prejudice. The plaintiff filed her objections on February 28, 2006.

Having considered the magistrate judge's report and recommendation and the plaintiff's objections thereto, the court is of the opinion that the report and recommendation should be and hereby is ACCEPTED and ADOPTED. It is therefore ORDERED that this action be and it hereby is DISMISSED WITH PREJUDICE, due to the court's lack of subject-matter jurisdiction.

DONE this 1st day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE